I concur as to Part IV of the main opinion, dealing with John's standing, and with Part V, dealing with the standing of Ryan and Barbara Ann, the other two of the three beneficiaries of the John Hancock life insurance policy. I agree with the main opinion's conclusion that John *Page 450 
Hancock properly paid the proceeds to Susan, as trustee of the John A. Moore Family Trust. I further agree with the conclusion in the main opinion that the divorce did not automatically terminate Susan's status as trustee.
I write specially to point out that the trust agreement provides for the automatic termination of Susan's beneficial interest in the event of divorce. The sole issue before us in this appeal, however, is the propriety of the summary judgment in favor of John Hancock. We do not have before us any issues having to do with the standing of Ryan and Barbara Ann to challenge the propriety of Susan's activities upon receipt of the proceeds paid to her in her capacity as trustee.